■ DOCTORS COUNCIL v NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM.—Motion, insofar as it seeks reargument, denied, and, insofar as it seeks leave to appeal to the Court of Appeals, granted, and the following question certified: "Was the order of the Supreme Court, declaring in favor of defendants on the first cause of action, as affirmed by this court, properly made?" Concur—Murphy, P. J., Sullivan, Asch and Wallach, JJ.

■ In the Matter of VLACHOS v NEW YORK CITY LOFT BOARD. —Motion, insofar as it seeks reargument, denied, and, insofar as it seeks leave to appeal to the Court of Appeals, the motion is granted, as indicated. Concur—Sandler, J. P., Carro, Asch, Ellerin and Wallach, JJ.